## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Eric Menhart, Esq. *
Lexero Law Firm
316 F St NE, Suite 101
Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
http://www.Lexero.com
* Pending Admission Pro Hac Vice

Elizabeth T. Foster, Esq.
DESANTIAGO & FOSTER
A Partnership Including Professional Corporations
22 E. Quackenbush Ave.
Dumont, NJ  07628
Phone:  201 290 5761
Fax:  201 215 9574
liztlaw@gmail.com

Attorneys for Defendant Jay Nidhi, LLC

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., A Delaware Corporation,  Plaintiff, V. JAY NIDHI, LLC, a Georgia Limited Liability Company; and MEENA PATEL, an individual, Defendants. | Civ. No. 2:15-cv-5522-SDW-SCM |

## NOTICE OF MOTION
## FOR PRO HAC VICE ADMISSION
## OF ATTORNEY ERIC MENHART

**PLEASE TAKE NOTICE** that the undersigned has applied to the above named Court located at 50 Walnut Street, Newark, NJ for an Order seeking Pro Hac Vice Admission of Eric Menhart, Esq., pursuant to L.Civ. R. 101.1(c). I will rely on the attached certification which contains the grounds for the relief sought.

Plaintiff's counsel has consented to this motion.

A proposed form of order is attached hereto.

Respectfully submitted,

**DESANTIAGO & FOSTER**

_____
Elizabeth T. Foster, Esq.

Dated: Oct. 20, 2015