## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Eric Menhart, Esq. *
Lexero Law Firm
316 F St NE, Suite 101
Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
http://www.Lexero.com
*Pending Admission Pro Hac Vice

Elizabeth T. Foster, Esq.
DESANTIAGO & FOSTER
A Partnership Including Professional Corporations
22 E. Quackenbush Ave.
Dumont, NJ 07628
Phone: 201 290 5761
Fax: 201 215 9574
liztlaw@gmail.com

Attorneys for Defendant Jay Nidhi, LLC

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., A Delaware Corporation, <br><br> Plaintiff, <br><br> V. <br><br> JAY NIDHI, LLC, a Georgia Limited Liability Company; and MEENA PATEL, an individual, <br><br> Defendants. | Civ. No. 2:15-cv-5522-SDW-SCM |

### AFFIDAVIT OF ERIC MENHART, ESQ.

1. I, Eric Menhart Esq., am an attorney in good standing of the Bar of the highest Court of the state of Washington, DC in which I am domiciled and principally practice law.

2. I am associated in this matter with New Jersey counsel of record Elizabeth T. Foster, Esq., who is qualified to practice law in the State of New Jersey pursuant to R. 1:21-1.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. There has been an attorney/client relationship between myself and the defendant/client Jay Nidhi LLC for an extended period of time. As such Jay Nidhi LLC has requested to be represented by me.

5. Good cause having been shown, I respectfully request that this Honorable Court enter an Order to admit Pro Hac Vice.

6. I certify that the foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

*[signature]*

Eric Menhart, Esq.

Dated: Oct. 20, 2015