UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Eric Menhart, Esq. *
Lexero Law Firm
316 F St NE, Suite 101
Washington, DC 20002 *
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
http://www.Lexero.com
* Pending Admission Pro Hac Vice

Elizabeth T. Foster, Esq.
DESANTIAGO & FOSTER
A Partnership Including Professional Corporations
22 E. Quackenbush Ave.
Dumont, NJ  07628
Phone:  201 290 5761
Fax:  201 215 9574
liztlaw@gmail.com

Attorneys for Defendant Jay Nidhi, LLC

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., A Delaware Corporation, <br><br> Plaintiff, <br><br> V. <br><br> JAY NIDHI, LLC, a Georgia Limited Liability Company; and MEENA PATEL, an individual, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. No.: 2:15-cv-5522-SDW-SCM <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

  **THIS MATTER** having been brought before the Court by Elizabeth T. Foster, Esq.,

attorney for defendant Jay Nidhi LLC, on application for an Order allowing Eric Menhart, Esq.,

1

to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this _____ day of _____2015,

ORDERED that Eric Menhart, Esq., a member of the Bar of the State of Washington, DC, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all pleading briefs and other papers filed with the Court shall be signed by a member or associated of the law firm DeSantiago & Foster, attorneys of record for Defendant who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Eric Menhart, Esq., shall make payment in the amount of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R.101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order, and it is further

ORDERED that Eric Menhart, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including by not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R.104.1 Discipline of Attorneys; and it is further

ORDERED that Eric Menhart, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey State Court Contingency Fee Rule, Rule 1:21-7 as amended.

_____
U.S.D.J.