UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Days Inn Worldwide, Inc.

               Plaintiff(s)             :     Civil Action No.   2:15 cv 5522 -SDW-SCM

             v.                             :

Jay Nidhi, LLC et al.

               Defendant(s)          :

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.     If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/Elizabeth T. Foster  NJ Bar 009152006
_____
Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:     Eric Menhart, Esq.    .
              _____

Address:    _____
              Lexero Internet Law Firm
              316 F St NE, Suite 101
              Washington, DC 20002

              _____

              _____

e-Mail:     Eric.Menhart@lexero.com
           _____
           (one email address only)

<u>Instructions for **LOCAL COUNSEL** for filing</u>:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF.**
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.