

June 7, 2016

**VIA ECF**

Honorable Steven C. Mannion, U.S.M.J.
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Days Inns Worldwide, Inc. v. Jay Nidhi, LLC, et al.
      Civil Action No. 15-cv-5522(SDW)(SCM)
      Site No. DIW 6669

Dear Judge Mannion:

We represent Days Inns Worldwide, Inc. ("DIW") in the above-referenced matter. This correspondence is to advise Your Honor that the matter has been settled in principal. We respectfully request the Court issue a 60-Day Order to allow the parties to consummate the settlement.

We thank Your Honor for considering the foregoing.

Very truly yours,

Bryan P. Couch

BPC/JCM

cc:   Eric Menhart, Esq. (via email)
      Elizabeth Foster, Esq. (via ECF)

E-mail: Bryan.Couch@leclairryan.com
Direct Phone: (973) 491-3582
Direct Fax: (973) 491-3632

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Malinda Miller, Attorney In Charge
Phone: 973.491.3600 \ Fax: 973.491.3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM